# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

20201106-174

George Terry Yoss

United States Courts
Southern District of Texas
FILED

DEC - 2020

David J. Bradley  Clerk

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Friday, November 6, 2020
Case Number: 4:17-cr-00514
Document Number: 180 (1 page)
Notice Number: 20201106-174
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

David J. Bradley, Clerk of Court

DEC - 7 2020

NIXIE    331  DE 1         0011/25/20

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 77208101010      *1365-06774-06-40

U.S. POSTAGE >> PITNEY BOWES

ZIP 77
02 1M
00015

$ 000.50⁰
NOV 06 2C