# EXHIBIT 2



**From:** Bradylyons, Drew (CRM)
**Sent:** Friday, August 27, 2021 5:03 PM
**To:** Samy Khalil <samy@khalil.law>
**Cc:** Patel, Sonali (CRM) <Sonali.Patel2@usdoj.gov>; Pearson, John (USATXS) <JPearson@usa.doj.gov>; Johnson, Robert (USATXS) <RJohnson3@usa.doj.gov>; Cedeno, Marihug (CRM) <Marihug.Cedeno2@usdoj.gov>
**Subject:** RE: US v Murta - Discovery Requests

Samy,

We reviewed the transcript of Monday's pretrial conference, and have the following responses to your requests, which supplement our August 10, 2021, email.

With respect to Mr. Murta's March 20, 2018 interview, U.S. agents did not take notes, or produce any other record, of Mr. Murta's interview.  Similarly, foreign agents did not take notes, or produce any record of the interview other than the interview report, the translation of which has already

been produced.  Attached to this email is the original Portuguese report of Mr. Murta's interview as well as the documents that were shown to him during the interview.

████████████████████████████████████████████████████
███████████████████████████████████████████████
██████████████████████████████████████████
█████████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████████████████████████████
█████████████████████████████████████████

█████████████████████████████████████████████████████
████████████████████████████████████████████████
███████████████████████████████████████████████
██████

██████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████

Thanks,
Drew

